# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ASIA MONIQUE WITCHARD**              **PLAINTIFF**

V.             **4:21CV01071 JM**

**WICK TOLERSON,** *et al.*             **DEFENDANTS**

## ORDER

Plaintiff Asia Witchard's motion to proceed *in forma pauperis* is granted. She reports minimal income and present homelessness. *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*) (complaint can be filed if plaintiff qualifies by economic status under 28 U.S.C. § 1915(a)).

The law requires that the Court screen the Complaint. 28 U.S.C. § 1915(e)(2). "A *pro se* plaintiff must set forth enough factual allegations to 'nudge [ ] their claims across the line from conceivable to plausible,' or 'their complaint must be dismissed' for failing to state a claim upon which relief can be granted." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 569-70 (2007); *see also Aschroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."). Regardless of whether a plaintiff is represented or is appearing *pro se*, the plaintiff's complaint must allege specific facts sufficient to state a claim. *See Martin v. Sargent*, 780 F.2d 1334, 1337 (8th Cir. 1985).

In a one-paragraph complaint, Witchard contends she was denied freedom of speech and reasonable accommodations in violation of federal law. (Doc. 2 at 4). She seeks $100,000. (Doc. 2 at 4). Witchard, an Arkansan, attempted to assert diversity jurisdiction, 28 U.S.C. § 1332; however, complete diversity does not exist as some of the named defendants are Arkansans.

Nevertheless, because one of the named defendants is a supervisor for Housing and Urban Development, the Clerk filed her complaint as seeking relief under 42 U.S.C. § 1983. Witchard offers no specifics. Rather, her complaint is completely conclusory and unsupported by argument and fails as a matter of law.

The Complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 15th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE