**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ASIA MONIQUE WITCHARD**                                        **PLAINTIFF**

**V.**                                  **4:21CV01071 JM**

**WICK TOLERSON,** *et al.*                                        **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 15th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE